IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY CARLSON,<br><br>    Plaintiff,<br><br>v.<br><br>COLORADO FIREARMS, AMMUNITION AND ACCESSORIES, LLC, A COLORADO LIMITED LIABILITY COMPANY, d/b/a CENTENNIAL GUN CLUB,<br><br>    Defendant. | CIVIL ACTION<br>NO. 22-1686 |

## ORDER

**AND NOW**, this 19th day of October, 2022, upon review of Defendant's Motion to Dismiss and Plaintiff's opposition thereto, as well as Defendant's reply and all accompanying affidavits, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 2) is **GRANTED** as this Court lacks subject matter jurisdiction; and

2. This matter is **DISMISSED**.

**BY THE COURT**:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.